IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 OCT -4  A 9: 32

| | |
|---|---|
| **JOHN DILLARD, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | CASE NO. 2:87-CV-1315 |
| ) | |
| **TOWN OF WILSONVILLE,** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO DISMISS

The Town of Wilsonville, defendant in this action, by and through the undersigned counsel, moves to dismiss this action in its entirety for the following reasons:

1. In a Consent Decree entered on August 11, 1988, that has applied to this day, this Court directed, among other things, that the Town Council "consist of 7 members elected at-large, without designated or numbered places, and with the 7 candidates receiving the most votes being elected and each voter casting as many as 7 votes but no more than one for any candidate."

2. In Act No. 2006-252, the Alabama Legislature provided a state-law basis for the remedial order entered in this case. The Legislature further provided that the size of the Town Council, its method of election, or both, can be changed by general or local law in the future. Act No. 2006-252 was precleared on July 19, 2006, and is therefore effective.

3. In the past, federal court orders, some entered by consent and some entered without the consent of the defendants, changing the size of the local governing

body, its method of election, or both, have been challenged on the ground that they may have exceeded the court's remedial powers, conflicted with state law or both. With respect to the Town of Wilsonville, Act No. 2006-252 moots any such contention.

4. The dismissal of this case will leave the plurality-win at-large voting scheme in place.

5. The Dillard Plaintiffs have no objection to the dismissal of this action and do not claim an attorneys' fee from this defendant.

6. A proposed Consent Final Judgment is attached to this Motion as Exhibit 1, and, pursuant to Order No. 689 (Aug. 21, 2006) in Dillard v. Crenshaw County, an electronic copy will be transmitted to the court as an attachment to an e-mail message by liaison counsel once he receives notice that this Motion has been filed.

WHEREFORE this case should be dismissed.

Respectfully submitted,

_____
Frank C. Ellis, Jr., ASB-7221-S78F
Attorney for Defendant, Town of Wilsonville

WALLACE, ELLIS, FOWLER & HEAD
P. O. Box 587
Columbiana, AL  35051
Telephone:  (205) 669-6783
Facsimile:   (205) 669-4932

2

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has this __2__ day of October, 2006, been furnished by United States Mail to the following:

James U. Blacksher, Esq.
P. O. Box 636
Birmingham, AL 35201-0636

David Boyd, Esq.
Dorman Walker, Esq.
P. O. Box 78
Montgomery, AL 36101

Edward Still, Esq.
2112 11th Avenue South
Suite 201
Birmingham, AL 35205

Norman J. Chachkin, Esq.
NAACP Legal Defense & Ed. Fund, Inc.
99 Hudson Street, 16th Floor
New York, NY 10013

John J. Park, Jr., Esq.
State of Alabama
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

_____
Of Counsel