# Exhibit 1

```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

JOHN DILLARD, et al.,        )
                             )
        Plaintiffs,           )
                             )
v.                           )     CASE NO. 2:87-CV-1315
                             )
TOWN OF WILSONVILLE,         )
                             )
        Defendant.            )

## CONSENT FINAL JUDGMENT

There being no objection to defendant Town of Wilsonville's motion for final dismissal of this action filed _____, 2006 (Doc. No. ___); and Alabama Act No. 2006-252 having received § 5 preclearance, it is the ORDER, JUDGMENT, and DECREE of the Court as follows:

(1) Said motion is granted.

(2) It is DECLARED as the judgment of this court that Alabama Act No. 2006-252 provides state legislative authority for the method of election and number of seats prescribed by the Consent Decree and Order of this court entered May 11, 1988, providing that the Town Council of the Town of Wilsonville shall be composed of seven members elected at large, without designated or numbered places, with the

seven candidates receiving the most votes being elected and each voter casting as many as seven votes but no more than one vote for any candidate.

(3) The injunction contained in the prior judgment of this court to the extent it pertains to defendant Town of Wilsonville is dissolved.

(4) All claims against the defendant Town of Wilsonville in this action are dismissed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this ____ day of _____,2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**